

# NUMBER 13-22-00282-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SALINAS FUNERAL HOME, INC.
AND ORLANDO ESTRADA OCHOA D/B/A
"IMMACULATE TRANSPORT SERVICES",                    Appellants,

v.

MARIBEL SALINAS AND
EDITH SALINAS,                                                        Appellees.

## On appeal from the 206th District Court
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Longoria

Appellants Salinas Funeral Home, Inc. and Orlando Estrada Ochoa d/b/a "Immaculate Transport Services" perfected an appeal from a judgment entered by the 206th District Court of Hidalgo County, Texas, in cause number C-3701-20-D. This appeal

was abated by the Court on July 25, 2022. This cause is now before the Court on the parties' joint motion to dismiss the appeal filed pursuant to a settlement agreement. Accordingly, this case is hereby reinstated.

The Court, having considered the documents on file and the parties' joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The parties' joint motion to dismiss is granted, and the appeal is hereby dismissed. Costs are taxed against the party incurring same. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

NORA L. LONGORIA
Justice

Delivered and filed on the
22nd day of September, 2022.